UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

### ORDER

**AND NOW**, this 12th day of September, 2022, upon consideration of the Government's Motion for Pretrial Deadline (ECF No. 69) and the arguments heard at the September 1, 2022 hearing, including Defendant's opposition to the proposed deadline, it is hereby **ORDERED** that the Government shall have until **October 27, 2022** to file *ex parte* and *in camera* any motion pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III § 4.

BY THE COURT:


 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**