**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

**ORDER**

**AND NOW**, this 16th day of September, 2022, upon consideration of the Government's Motion to Designate a Classified Information Security Officer (ECF No. 49), it is hereby **ORDERED** as follows:

1.  The Government's application for the appointment of a Classified Information Security Officer and alternates pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States Supreme Court is **GRANTED**;

2.  In accordance with Section 9 of CIPA and the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, the Court designates Daniela Medel as the Classified Information Security Officer in this case;

3.  The Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Ms. Medel is not available: Daniel O. Hartenstine, Connor B. Morse, Matthew W. Mullery, Carli V. Rodriguez-Feo, Harry J. Rucker, Winfield S. Slade, and Abigail J. Trzyzewski; and

4.      The designated Classified Information Security Officer and alternates shall perform

the functions and carry out the duties and responsibilities prescribed in the Security

Procedures promulgated under Section 9 of CIPA.


**BY THE COURT:**


_/s/ Jeffrey L. Schmehl_____
**JEFFREY L. SCHMEHL, J.**