## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VS. | : CRIMINAL NO. 22-118 |
| | : |
| MAHMOUD ALI AHMED RASHWAN | : |

### ORDER

AND NOW, this 20th day of September, 2022 it is hereby ORDERED that MOTION FOR WITHDRAWAL AS COUNSEL is GRANTED.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*

Hon. JEFFREY SCHMEHL

United States District Court