**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA       :
                                     :
       v.                           :         CRIMINAL ACTION NO. 22-118
                                       :
MAHMOUD ALI AHMED RASHWAN   :

**ORDER**

      **AND NOW**, this 29th day of September, 2022, following the withdrawal of Defendant's counsel (ECF No. 81), it is hereby **ORDERED** that Defendant, with the assistance of the Federal Community Defender Office for the Eastern District of Pennsylvania, shall complete a Financial Affidavit (Form CJA 23), available for download at https://www.uscourts.gov/forms/cja-forms/financial-affidavit.  Employees of law enforcement agencies or U.S. attorney offices should *not* participate in the completion of the Financial Affidavit.  Defendant is reminded that he completes the Financial Affidavit under the penalty of perjury and must inform the Court of any change in financial status.  Defendant shall then either send the completed form to Chambers_of_Judge_Jeffrey_L_Schmehl@paed.uscourts.gov or file it *under seal* on the docket for the above-captioned case.

                                          **BY THE COURT:**

                                        */s/ Jeffrey L. Schmehl*
                                        **JEFFREY L. SCHMEHL, J.**