# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

## ORDER

**AND NOW**, this 4th day of October, 2022, following the withdrawal of Defendant's counsel (ECF No. 81) and Defendant's submission of a Form CJA 23 Financial Affidavit (ECF No. 90), it is hereby **ORDERED** that the Federal Community Defender Office for the Eastern District of Pennsylvania is appointed as counsel for Defendant in the above-captioned matter.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**