IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 22-cr-118** |
| **MAHMOUD ALI AHMED RASHWAN** | : | |

## ORDER

**AND NOW**, this  27th  day of  October  2022, upon consideration of the government's motion for a continuance until November 10, 2022, to file pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III § 4, it is hereby **ORDERED** that the government's motion is **GRANTED.**

*/s/ Jeffrey L. Schmehl*
HONORABLE JEFFREY L. SCHMEHL
*United States District Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 22-cr-118 |
| MAHMOUD ALI AHMED RASHWAN | : | |

### GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO FILE MOTION PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States of America, by undersigned counsel, moves the Court for permission to file its *ex parte, in camera* motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III § 4 on November 10, 2022.

The government's motion is due on Thursday, October 27, 2022. However, other components of the United States government are still in the process of compiling information needed by undersigned counsel to submit to the Court as part of the Section 4 motion. Undersigned counsel initially requested until November 10, 2022, to submit the Section 4 motion based on undersigned counsel's experience and information provided by the other components of the United States government as to the length of time required to prepare their sections of the motion that undersigned counsel must file with the Section 4 motion. The other components of the United States government have informed undersigned counsel despite their efforts, they are unable to meet the October 27, 2022, filing deadline. Undersigned counsel therefore requests a continuance of the filing of the Section 4 motion until November 10, 2022. The filing of the Government's *ex parte, in camera* motion pursuant to CIPA Section 4 will not affect the trial

1

date in this case.

Accordingly, the government moves the Court for permission to file its motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III § 4, on November 10, 2022.

        Respectfully submitted,

        JACQUELINE C. ROMERO
        United States Attorney

        /s/ Mary A. Futcher
        Mary A. Futcher
        Danielle S. Rosborough
        Assistant United States Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served by electronic filing upon:

>Jose Campos, Esquire
>251 East Broad Street,
>Bethlehem, PA 18108
>jc@jccamposlaw.com

>/s/ Danielle S. Rosborough
>Danielle S. Rosborough
>Assistant United States Attorney

Dated:  September 12, 2022