## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

### ORDER

**AND NOW**, this 10th day of November, 2022, upon consideration of Defendant's *Motion for Pre-Trial Detention Hearing* (ECF No. 57), *Appeal of Magistrate Judge's Detention Order and Request for Immediate Release with Conditions* (ECF No. 76), and *Motion to Order Immidiate* [*sic*] *Release Pending the Prompt Adjudication of the Revocation of the Pretrial Detnetion* [*sic*] *Order* (ECF No. 82); the oppositions, replies, and supplemental letters relating thereto; and the October 27, 2022 hearing concerning Defendant's requests for release; it is hereby **ORDERED** that Defendant's foregoing requests are **DENIED**.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**