# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

## ORDER

**AND NOW**, this 29th day of June, 2023, upon consideration of Defendant Mahmoud Ali Ahmed Rashwan's *Motion to Dismiss Counts 1 and 2 of Superseding Indictment* (ECF No. 42), the Government's opposition thereto (ECF No. 47), and Mr. Rashwan's reply in support thereof (ECF No. 58), it is hereby **ORDERED** that the Motion is **DENIED**.  It is further **ORDERED** that in light of the Superseding Indictment (ECF No. 39), the previous *Motion to Dismiss Counts Two and Three of the Indictment* (ECF No. 21) and *Amended Motion to Dismiss Counts Two and Three of the Indictment* (ECF No. 22) are **DENIED AS MOOT**.

BY THE COURT:


 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**