### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

### ORDER

**AND NOW**, this 11th day of July, 2023, upon consideration of Defendant Mahmoud Ali Ahmed Rashwan's *Motion to Dismiss on Grounds of Selective Prosecution, Selective Enforcement, and Abuse of Process* (ECF No. 56), the Government's opposition thereto (ECF No. 67), Mr. Rashwan's reply in support thereof (ECF No. 94), and the subsequent briefing submitted by counsel for Mr. Rashwan (ECF No. 120), it is hereby **ORDERED** as followed:

1. Mr. Rashwan's Motion (ECF No. 56) is **DENIED**;

2. Mr. Rashwan's *Motion to Compel Discovery* (ECF No. 93), which the Court construes as an enumeration of the documents sought by Mr. Rashwan had the Court granted the foregoing Motion, is likewise **DENIED**; and

3. Mr. Rashwan's *Motion for Early Production of Jencks Material* (ECF No. 27) is **DENIED AS MOOT** in light of (1) the Government's previous representation that it is disclosing such materials (*see* Mot. Protective Order, ECF No. 116), and (2) the

subsequent order of this Court (*see* Order, ECF No. 118) permitting Mr. Rashwan to review such materials.

                              **BY THE COURT:**

                           */s/ Jeffrey L. Schmehl*
                          **JEFFREY L. SCHMEHL, J.**