# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 22-118 |
| | : | |
| MAHMOUD ALI AHMED RASHWAN | : | |

## ORDER

**AND NOW**, this 27th day of July, 2023, upon consideration of Defendant Mahmoud Ali Ahmed Rashwan's *Amended Motion to Suppress Evidence Obtained from Unlawful Arrest* (ECF No. 55), the Government's opposition thereto (ECF No. 67), Mr. Rashwan's *pro se* reply in support thereof (ECF No. 92), and the subsequent briefing submitted by counsel for Mr. Rashwan (ECF No. 120), it is hereby **ORDERED** that Mr. Rashwan's Motion is **DENIED**.

                **BY THE COURT:**

                */s/ Jeffrey L. Schmehl*
                **JEFFREY L. SCHMEHL, J.**