IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 22-118 |
| MAHMOUD ALI AHMED RASHWAN | : | |
| USM # 90829-509 | : | |
| LEHIGH COUNTY JAIL | : | |

## NOTICE OF JURY TRIAL

    Take notice that defendant is scheduled for <u>Jury Selection</u> on **Tuesday, September 26, 2023, at 9:30 a.m.** before the Honorable Jeffrey L. Schmehl in Courtroom TBA of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania. Trial will continue on <u>Wednesday, September 27, 2023, at 9:30 a.m.</u> in the Fifth Floor Courtroom of the United States District Court, 201 Penn Street, The Gateway Building, Reading, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:**  September 11, 2023

For additional information, please contact the undersigned.

By:    Tanya L. Allender
        Courtroom Deputy to J. Schmehl
        Phone: 610.320.5030

Date:    8/17/2023

cc via U.S. Mail:    Defendant
cc via email:    Federal Defender Jonathan McDonald
        Assistant U.S. Attorney Mary A. Futcher
        Assistant U.S. Attorney Josh Davison
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator